# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 95CR1149-H |
| Plaintiff, | |
| v. | ORDER REGARDING THE RE-ISSUANCE OF THE BENCH WARRANT ON THE SUPERVISED RELEASE VIOLATION |
| FLOYD LYNTELLIS GARRETT, | |
| Defendant. | |

On September 8, 2014, the Court issued an order concerning defendant Floyd Lyntellis Garrett's failure to appear for the revocation of supervised release hearing set for September 8, 2014. (Doc. No. 171.) In the order, the Court directed attorney Mary Franklin ("defense counsel") to write and mail a letter to defendant Garrett's father, explaining that the Court intends to allow defendant Garrett to reside with his father, that the bench warrant will remain recalled for a period of 30 days, and that the defendant need only to appear at the hearing to address issues regarding supervised release conditions. Id. Accordingly, the Court continued the revocation of supervised release hearing to October 14, 2014 at 2:00 P.M. and reserved the right to re-issue the bench warrant should the defendant fail to appear at the next hearing. Id.

On October 14, 2014, the Court held the revocation of supervised release

-1-

1  hearing and Defendant Garrett failed to appear as ordered. (Doc. No. 172.)
2  Accordingly, the Court ordered the re-issuance of the bench warrant and stayed the re-
3  issuance until October 20, 2014. Id. The Court further ordered defense counsel to draft
4  and mail a letter to defendant Garrett's father informing him of the Court's order for
5  the re-issuance of the bench warrant and the stay of the re-issuance until October 20,
6  2014. Id. Additionally, defense counsel was directed to promptly notify the Court of
7  any successful contacts with defendant Garrett. Id.

8       In light of the circumstances of this case, the Court stays the re-issuance of the
9  bench warrant until October 20, 2014 to give sufficient notice to the defense. Defense
10 counsel is directed to mail a copy of this order to defendant Garrett's father and to
11 continue her efforts to contact defendant Garrett. Absent further notification from
12 defense counsel of any successful contact with defendant Garrett, the stay on the re-
13 issuance of the bench warrant will be lifted on October 20, 2014 by 5:00 PM.

14      IT IS SO ORDERED.
15      DATED: October 15, 2014

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-2-