# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FLOYD LYNTELLIS GARRETT,<br><br>　　　　　　　Defendant. | Case No. 95CR1149-H<br><br>ORDER LIFTING THE STAY ON THE RE-ISSUANCE OF THE BENCH WARRANT |

On October 14, 2014, the Court held the revocation of supervised release hearing and Defendant Garrett failed to appear as ordered. (Doc. No. 172.) After giving Defendant Garrett sufficient opportunities to appear for the hearing, the Court ordered the re-issuance of the bench warrant but stayed the re-issuance until October 20, 2014 to allow defense counsel another attempt to communicate with Defendant Garrett. (Doc. No. 173.) (See also Doc. Nos. 168, 170, 172, for the number of times the hearing was continued to allow Defendant Garrett an opportunity to appear without being arrested.)

On October 16, 2014, the Court received information from the United States Probation Officer that Defendant Floyd Lyntellis Garrett has been arrested on state court charges, including a violation of California Penal Code 29800(A)(1), Felon in

-1-

1  Possession of a Firearm. As of the date of this order, Defendant Garrett remains in
2  state court custody in county jail (See attached County Sheriff's Bail Information
3  sheet).
4        Among the conditions of supervised release imposed in this case include the
5  condition that the "defendant shall not commit another federal, state, or local crime."
6  (Doc. No. 90.)  In light of this information and the defendant's arrest, the Court lifts
7  the stay on the bench warrant and orders the issuance of the bench warrant forthwith.
8        IT IS SO ORDERED.
9        DATED:  October 16, 2014

                                    HONORABLE MARILYN L. HUFF
                                    UNITED STATES DISTRICT JUDGE